# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ANTHONY MOLINA, on behalf of**
**himself and all others similarly situated,**　　　　　　　　　　　　　**PLAINTIFF**

**v.**　　　　　　　　Case No. 4:15-cv-00334-KGB

**BOBBY HOPSON, JR.,** *et al*.　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

Before the Court is a joint motion to dismiss defendants Bobby Hopson, Jr. and Justin McCallister (Dkt. No. 51). For good cause shown, the Court grants the motion to dismiss Mr. Hopson and Mr. McCallister and hereby dismisses with prejudice plaintiff Anthony Molina's claims against Mr. Hopson and Mr. McCallister.

So ordered this 19th day of July, 2017.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge