## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**ANTHONY MOLINA, on behalf of**
**himself and all others similarly situated,**                                          **PLAINTIFF**

**v.**                                    **Case No. 4:15-cv-00334-KGB**

**BOBBY HOPSON, JR.,** *et al*.                                          **DEFENDANTS**

### ORDER

Before the Court is a joint motion to dismiss defendants Warren (Buck) Rone, Roxanne

Plautz, Jeffrey Turner, Jackie Rone, Van Phillips, Mark Bullard, each in their individual and

official capacities; and the Town of Concord, Arkansas (collectively "Concord Defendants") (Dkt.

No. 53). For good cause shown, the Court grants the motion to dismiss these remaining defendants

and hereby dismisses with prejudice plaintiff Anthony Molina's claims against all defendants in

this matter. This case is removed from the Court's trial docket for July 31, 2017.

So ordered this 28th day of July, 2017.

_____
Kristine G. Baker
United States District Judge